

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-18-00288-CV

———————————————

DIEGO CARDONA AND TX ROGUE ENERGY SERVICES, LLC, Appellants

V.

RENEGADE WELL SERVICES, LLC, Appellee

On Appeal from the 355th District Court
Hood County, Texas
Trial Court No. C2018199

Before Bassell, J.; Sudderth, C.J.; and Meier, J.
Per Curiam Memorandum Opinion

**MEMORANDUM OPINION AND JUDGMENT**

We have considered appellants' "Unopposed Motion to Dismiss." We grant the motion and dismiss the appeal. *See* Tex. R. App. P. 42.1(a)(1), 43.2(f).

Each party must bear its own costs of appeal. *See* Tex. R. App. P. 42.1(d), 43.4.

Per Curiam

Delivered: December 31, 2018